IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | |
| KENNETH SHULTS, | * | CASE NO. 4:19-cr-35-CDL-MSH |
| Defendant. | * | |

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on January 16, 2024. There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court. Within 14 days of today's order, Defendant's counsel may file a brief on the issue of where Defendant should be sentenced within the new guideline range. The Court understands that the Government will defer to the Court's discretion as to where Defendant shall be sentenced within the new range, and therefore, a response brief by the Government is not necessary. The Court further finds that a new in-person sentencing hearing is not required or necessary.

IT IS SO ORDERED, this 13th day of February, 2024.

S/Clay D. Land, Judge